# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147119(17)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

                               SC: 147119

v                                  COA: 314842
                                  Saginaw CC: 10-034800-FH

ARMANTAYE DAISUAN BULLOCK,
      Defendant-Appellant.
_____/

       On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer submitted on October 18, 2013, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2013



Clerk